# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

ATLANTIC RECORDING CORPORATION, a corporation; BMG MUSIC, a general partnership; CAPITOL RECORDS, INC., a corporation; ELEKTRA ENTERTAINMENT GROUP INC., a corporation; FONOVISA, INC., a corporation; PLATANO RECORDS CORPORATION, a corporation; SONY BMG MUSIC ENTERTAINMENT, a general partnership; UMG RECORDINGS, INC., corporation; WARNER BROS. RECORDS, INC., a corporation; WARNER MUSIC LATINA INC., a corporation; WEA INTERNATIONAL, INC., a corporation,

Plaintiffs,

v.

GONZALEZ RECORDS OF NEW YORK INC., a corporation, d/b/a GONZALEZ RECORDS; and CELSO GONZALEZ, an individual, a/k/a CELSO GONZALEZ-VIVAR,

Defendants.

CASE NO. 05-cv-2308 (ARR)(VVP)

## [PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION

The Court, having considered the Stipulation to Enter Final Judgment and Permanent Injunction executed by the parties, and based thereon,

**IT IS ORDERED AND ADJUDGED THAT:**

1. Judgment is hereby entered in favor of Plaintiffs and against Defendants, jointly and severally, in the total amount sum of Two Hundred Forty Thousand Dollars ($240,000.00).

2. Defendants shall be and hereby are restrained and enjoined from directly or indirectly infringing, under federal copyright law or state law, any right in sound recordings, whether now in existence or later created, owned or controlled by

{A053678.DOC/1}

Plaintiffs (or any parent or affiliate of Plaintiffs) ("Plaintiffs' Recordings"), in any manner, including, without limitation, by importing, copying, reproducing, manufacturing, distributing, selling, offering for sale, displaying, promoting, or advertising any of Plaintiffs' Recordings, except pursuant to a lawful license or with express authority of Plaintiffs.

3. Defendants have been properly and validly served with the Summons and Complaint in this action, and are subject to the jurisdiction of the Court.

4. Defendants irrevocably and fully waive notice of entry of this Judgment and Permanent Injunction.

5. Defendants irrevocably and fully waive any and all right to appeal this Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

6. Nothing contained in this Judgment and Permanent Injunction shall limit the right of Plaintiffs to recover damages for any and all infringements by Defendants of any right under federal copyright law or state law in Plaintiffs' Recordings not listed in Exhibit A to the Complaint in this action or occurring after the date Defendants executed the stipulated Final Judgment and Permanent Injunction.

7. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Judgment and Permanent Injunction.

**IT IS SO ORDERED:**

Dated: September __, 2005
October 1,

_____
HON. ALLYNE R. ROSS, U.S.D.J.